# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARIEL ISAAC CORRAL MENDOZA,<br><br>Defendant. | Case No. 21-cr-1420-GPC<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

For good cause shown in the Motion, **IT IS HEREBY ORDERED THAT** the United States' Motion to Dismiss the Information, ECF No. 19, without prejudice, in the interest of justice is **GRANTED**.

**IT IS SO ORDERED**.

DATED: June 18, 2021

_____
HON. GONZALO P. CURIEL
UNITED STATES DISTRICT JUDGE